# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

SHANITA DELORIS JONES,            USBC NO.: 10-03744-8W7
                                           CHAPTER 7

           Debtor.     /

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The Debtor, **Shanita Deloris Jones**, through undersigned counsel, files this **Notice of Conversion from a Chapter 13 to a Chapter 7** case and in support thereof states:

1. The Debtor filed for Relief under Chapter 13 of the United States Bankruptcy Code on **February 22, 2010.**

2. The Debtor has had a substantial change in financial circumstances and now wishes to convert to a Chapter 7 pursuant to 11 U.S.C. Section 1307 (a).

3. The Debtor is eligible to convert to a Chapter 7 case pursuant to 11 U.S.C. Section 109 (b).

Respectfully submitted this _18_ day of **October, 2011.**

                                          JAMIE K. PROCTOR, ESQ.
                                          FBN: 0849197
                                          JAMIE K. PROCTOR, P.A.
                                          4121 N. Armenia Avenue
                                          Tampa, FL 33607
                                          (813) 353-9646 Tel
                                          (813) 353-9546 Fax

## DECLARATION

The undersigned Debtor named in the foregoing **Notice of Conversion** hereby makes solemn oath under penalty of perjury that the statements and figures contained therein are true and correct to the best of the Debtor's knowledge, information and belief.

10/18/11
Date

Shanita Deloris Jones

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing **Notice of Conversion** has been furnished either by Regular U.S. Mail or Electronic Notice this 18 day of **October, 2011** to **U.S. Trustee**, 501 E. Polk Street, #1200, Tampa FL 33602; **Terry E. Smith, Chapter 13 Trustee**, P.O. Box 6099, Sun City Center, FL 33571; and **Shanita Deloris Jones**, 9631 Simeon Drive, Land O'Lakes, FL 34638.

JAMIE K. PROCTOR, ESQ.
FBN: 0849197
JAMIE K. PROCTOR, P.A.
4121 N. Armenia Avenue
Tampa, FL 33607
(813) 353-9646 Tel
(813) 353-9546 Fax